**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWIN ZAVALA,**

      **Plaintiff,**

v.                                                                                          Case No:  6:13-cv-1355-Orl-36KRS

**SOUTHEASTERN FLOORING CONTRACTORS, INC., TAKA TAKA'S CAFE, INC. and LUIS MARTINEZ,**

      **Defendants.**

## ORDER

      This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on April 4, 2014.  Doc. 30.  In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the Plaintiff's Motion to Approve Settlement and to Enforce Settlement Terms (Doc. 29).  *Id.*  No party has objected to the Report and Recommendation and the time to do so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  Specifically, the Court agrees that the settlement agreement between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982).  Additionally, the Court agrees that the settlement agreement is enforceable and that Defendants must tender to Plaintiff's counsel the sum of $2,480.00 within ten (10) days from the date of this Order.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 30) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion to Approve Settlement and to Enforce Settlement Terms (Doc. 29) is **GRANTED**. The Settlement Agreement is enforceable.

3. Defendants' counsel is **ORDERED** to tender the sum of $2,480.00 to Plaintiff's counsel within ten (10) days from the date of this Order.

4. This matter is **DISMISSED** without prejudice and subject to the right of the parties within sixty (60) days of the date of this Order to submit a stipulated form of final order or judgment or to file a motion to reopen the action, upon good cause shown, to request other relief. After that sixty day period, dismissal shall be with prejudice.

5. The Clerk is **DIRECTED** to terminate all deadlines and administratively close this file.

6. Plaintiff's counsel is **ORDERED** to provide a copy of this Order to the Plaintiff, Edwin Zavala.

**DONE** and **ORDERED** in Orlando, Florida on April 29, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Karla R. Spaulding